UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK RAMIREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION,<br><br>    Defendant. | Case No. 21-cv-09670-KAW (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff Rick Ramirez, a state prisoner incarcerated at Wasco State Prison in Wasco, California ("WSP"), has filed a civil rights action under 42 U.S.C. § 1983 asserting medical malpractice claims against employees at WSP.

When jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same State, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. *See* 28 U.S.C. § 1391(b).

The acts complained of in this complaint occurred at WSP, which is located in the Eastern District of California. Venue, therefore, properly lies in the Eastern District and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall terminate all motions and transfer the case.

IT IS SO ORDERED.

Dated: January 27, 2022

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE